April 22, 2024

From: Erin D. Schweitzer
      #16990089
      P.O. Box 5000
      Pekin, IL 61555

To:   Office of the Clerk
      United States District Court
      Eastern District of Wisconsin
      362 United States Courthouse
      517 E. Wisconsin Avenue
      Milwaukee, WI 53202

CLERK USDC EDWI

2024 APR 25 P 2: 52

---

ERIN D. SCHWEITZER,
    Plaintiff

V.                                              CASE NO.: 23-CV-1381-JPS
                                                AMENDMENT TO CIVIL ACTION
UNITED STATES OF AMERICA,
    Defendant

COMES NOW the Plaintiff to amend this civil action to include FEDERAL TORT CLAIMS ACT compensatory relief and this is authorized by the FEDERAL TORT CLAIMS ACT, Title 28 U.S.C. 1346(b), 1402(b), 2401(b), and 2671-2680 et. seq. due to liability of the United States Government. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

Compensatory damages in the amount of $17,350,000.00 against the United States of America (FTCA) for the negligence in the provision of medical care/treatment and other vital and necessary provisions of law and failure to maintain their statutory duty under 18 U.S.C. 4042(a)(2) and (3).

Respectfully Submitted,
*Erin D. Schweitzer*
Erin D. Schweitzer
#16990089

⇔16990-089⇔
Erin Schweitzer
PO BOX 5000
Federal Prison Camp
Pekin, IL 61555
United States

PEORIA IL 616

22 APR 2024 PM 2 L

⇔16990-089⇔
Office Of Clerk United States
Eastern District Of WI
517 E Wisconsin AVE
District Court
Milwaukee, WI 53202
United States



5320284500

Case 1:23-cv-01381-JPS   Filed 04/25/24   Page 2 of 2   Document 19