# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Erin D Schweitzer | COURT CASE NUMBER: 23-cv-1381 |
| DEFENDANT: Delain et al | TYPE OF PROCESS: Second Amended Complaint and Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sheriff Todd J Delain
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2684 Development Dr. Green Bay, WI 54311

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Erin D Schweitzer
Pekin Federal Correctional Institution
PO Box 5000
Pekin, IL 61555

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Sheriff Todd J. Delain
TELEPHONE NUMBER:
DATE: 4/25/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin: No. B89
District to Serve: No. B89
Signature of Authorized USMS Deputy or Clerk: 
Date:

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Barb Hammer, Secretary
Address *(complete only different than shown above)*:

Date: 4/30/24
Time: 3:33 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 8.04 | 0 | 73.04 | 0 | 73.04 |

**REMARKS**
Deputy Hanscom served the order and amended complaint to Sheriff Delains secretary. Secretary Barb Hammer accepted on behalf of the sheriff.